# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY PARRIA

VERSUS

LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION

NO.  2022 CW 0598

**SEPTEMBER 12, 2022**

---

In Re:   Louisiana  Citizens  Property  Insurance  Corporation,
         applying for supervisory writs, 32nd Judicial District
         Court, Parish of Terrebonne, No. 192552.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                              **JEW**
                              **WIL**

    **Penzato, J.,** concurs and would deny the writ application on
the showing made.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT